IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| JACKSON L. BONAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 03-6158-CV-SJ-GAF |
| | ) | |
| THE MISSOURI GAMING CO., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER OF DISMISSAL

Now before the Court is the parties' Joint Stipulation for Dismissal. Accordingly, it is

ORDERED that the above referenced case is hereby dismissed with prejudice. Each party is to bear its own costs.

    /s/ Gary A. Fenner
    GARY A. FENNER, JUDGE
    United States District Court

DATED: April 27, 2005